IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) Criminal No. 07-369 |
| BRIAN LEE NESTOR | ) |

## ARRAIGNMENT PLEA

Defendant Brian Lee Nestor being arraigned, pleads _____ in open Court this _____ day of _____, 20\_\_\_\_.

_____
(Defendant's Signature)

_____
(Attorney for Defendant)